# COMPLAINT

**(for non-prisoner filers without lawyers)**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Brian Jaffe Lewis

v.

(Full name of defendant(s))

El Paso Veterans Affair Health-care
System, Hospitals of Providence
Dr Gethin William,
Dr. Ving Singh

**Case Number:**

**21-C-0852**

(to be supplied by Clerk of Court)

### A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   8629 N^th 59th St, Brown Deer, WI. 53223
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant EL Paso Veteran Affair HEALTHCARE
   System
   (Name)

2. Defendant: Hospital of Prourdence "EL-Paso,TX"
   Dr. Gethin williams, Dr. Ving Singh

is (if a person or private corporation) a citizen of _Texas_

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _El Paso Veterans Affair Healthcare System_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Documentation: Claim of Injury Documentation
(2) Court Proceedings from The United States District
Court, Western District of Texas, El Paso DIVISION
Cause# EP-CV-00635-FM, provides
This plantiff. Statement of Claim

_____

_____

_____

_____

C. **JURISDICTION**

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____ .

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

to Award Plantiff requerted monitary releif, the defendants to Capitulate; and the court to decide This Case IN THE STAte ol WISCONSIN AND to Allow the pLANtiff to seek DAMAGes From THE UNITEO STATES District Court, Western District of Texas, EL Paso DIVISION For 4.2 Trillion Dollars, and recieve Court Fees refund

E.    **JURY DEMAND**

I want a jury to hear my case.

☐ – YES          ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___14___ day of __July__ ___20\(2\)1___.

Respectfully Submitted,

_Brian Jaffe Lewis_
Signature of Plaintiff

_916-414-355-3716_
Plaintiff's Telephone Number

_Quartermain @ Att.net_
Plaintiff's Email Address

_8629 N.th 59th St. Brown Deer, WI._

_53223-2915_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐     I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☒     I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.