# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

GINA M. COLLETTI
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

July 16, 2021

Brian Jaffe Lewis
8629 N 59th St
Brown Deer, WI 53223

Re: **Lewis v. El Paso Veterans Affair Health Care System et al**
**Case No. 2:21-cv-00852**

Dear Mr. Lewis:

This case has been assigned to Judge J.P. Stadtmueller. Enclosed please find a form regarding magistrate judge jurisdiction for your consideration.

Please complete and submit the magistrate judge jurisdiction form within 21 days of the date of this letter.

Very truly yours,

GINA M. COLLETTI
Clerk of Court

s/B. Xiong
Deputy Clerk